IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANDI SANDERS**                                                                 **PLAINTIFF**

VS.                           CASE NO. 4:10-CV-01558-BSM

**HOSTO, BUCHAN, PRATER**
**& LAWRENCE, PLLC**                                                       **DEFENDANT**

## STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), the parties in this matter do hereby stipulate that the action is dismissed WITH PREJUDICE.

s/David M. Marco
David M. Marco
Larry P. Smith & Associates Ltd.
205 North Michigan Av, 40th Fl.
Chicago, IL   60601
312-222-9028
dmarco@smithlaw.us

For plaintiff Brandi Sanders

s/William P. Dougherty
William P. Dougherty  (AB # 73028)
Attorney at Law
3115 Kavanaugh Blvd.
Little Rock, AR   72205
(501) 366 2125
Bill_2008@comcast.net

For defendant Hosto & Buchan, PLLC