# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRANDI SANDERS**                                                    **PLAINTIFF**

**v.**                  **CASE NO: 4:10CV01558 BSM**

**HOSTO BUCHAN PRATER & LAWRENCE**
**PLLC**                                                     **DEFENDANT**

## ORDER OF DISMISSAL

Upon the parties' joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [Doc. No. 10], this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of January 2012.

_____
UNITED STATES DISTRICT JUDGE